**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Austin James Paulhus,<br>        Debtor.<br><br>Sonza,<br>        Plaintiff,<br>v.<br>Paulhus et al.,<br>        Defendants. | Case No.: 24-24383 - B - 7<br>Adv No.: 25-02003<br>Docket Control No.: CAE-1<br>Document No.: 1<br><br><br>Date: 03/18/2025<br>Time: 11:00 AM<br>Dept: B |

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the adversary case is DISMISSED.

**Dated:** March 21, 2025

                                                              /s/ Christopher D. Jaime
Christopher D. Jaime, Judge
United States Bankruptcy Court

Status Conference Re: Complaint - [1] - (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint by Steven Sonza against Austin James Paulhus, Colton Paulhus, Anchored Tiny Homes. (Fee Paid $350.00) (mfrs)